NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5094

FRANK E. FISHER,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 00-CV-740, Senior Judge Eric G. Bruggink.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

Frank E. Fisher moves for a 30-day extension of time, until April 1, 2009, to file his brief. Fisher states that the United States consents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

MAR 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2009

JAN HORBALY
CLERK

cc: Edward A. Zimmerman, Esa.
Douglas K. Mickle, Esq.

s17